1526

**98–390. State v. Brewer.**
Clermont App. No. CA97–03–030.
PFEIFER, J., dissents.

**98–403. Sheet Metal Workers' Internatl. Assn. Local Union No. 33 v. Mohawk Mechanical, Inc.**
Knox App. No. 97CA13.
MOYER, C.J., and COOK, J., dissent.

**98–405. Hamilton Ins. Serv., Inc. v. Nationwide Ins. Cos.**
Richland App. Nos. 97CA27 and 97CA42. Discretionary appeal allowed on Propositions of Law Nos. I and II.
F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., would allow all Propositions of Law.
MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**98–437. Galt Alloys, Inc. v. Keybank Natl. Assn.**
Stark App. No. 1997CA00264. *Sua sponte,* cause consolidated with 98–499, *Galt Alloys, Inc. v. Keybank Natl. Assn.,* Stark App. No. 97CA00264.
RESNICK, J., not participating.

**98–442. Scott–Pontzer v. Liberty Fire Ins. Co.**
Stark App. No. 1997CA00152.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–522. Northwood v. Wood Cty. Regional Water Sewer Dist.**
Wood App. No. WD–97–010.
PFEIFER, J., dissents.
RESNICK, J., not participating.